# Court of Appeals
# of the State of Georgia

ATLANTA,  January 26, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0296. ANTONIO D. JONES SR. v. THE STATE.**

Antonio D. Jones, Sr. entered a guilty plea. On December 8, 2017, Jones filed a "Motion for an Out of Time Appeal." On or about December 14, 2017, the trial court denied the motion, and on January 3, 2018 Jones filed this timely application for discretionary appeal.

The denial of a motion for an out-of-time appeal is directly appealable. *English v. State*, 307 Ga. App. 544, 545 n.4 (705 SE2d 667) (2010); see also *Wetherington v. State*, 296 Ga. 451 (769 SE2d 53) (2015) (addressing merits of direct appeal from denial of motion for out-of-time appeal following guilty plea).

Accordingly, this application for discretionary appeal is hereby GRANTED pursuant to OCGA § 5-6-35 (j). Jones shall have ten days from the date of this order to file his notice of appeal in the trial court. OCGA § 5-6-35 (g). The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/26/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*